UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

BRICKELL SHORES CONDOMINIUM,
INC., a/k/a BRICKELL SHORES CONDO,

     Plaintiff,

v.

QBE INSURANCE CORPORATION,

     Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

The Defendant, QBE INSURANCE CORPORATION, a foreign corporation, by and through the undersigned counsel, hereby files this Notice of Removal of Civil Action, and states as follows:

1.    Defendant is a commercial property insurance carrier that issued a policy of insurance to Plaintiff, BRICKELL SHORES CONDOMINIUM, INC., and has been named as a Defendant in a civil action alleging breach of the insurance contract and seeking to compel appraisal, which was filed by Plaintiff on October 20, 2010, in the 11th Judicial Circuit of the State of Florida for Miami-Dade County, case number 10-56221-CA-6, styled as _Brickell Shores Condominium, Inc., a/k/a Brickell Shores Condo v. QBE Insurance Corporation_.

CASE NO.: _____

*2*.	Service of process was effected on the Defendant foreign insurer by mail through the Department of Insurance pursuant to Florida Statutes Section 48.151 on November 17, 2010.  *See Notice of Service of Process attached hereto as Exhibit "A."*

3.	This Notice of Removal is being filed within thirty (30) days of the date of service of Plaintiff's initial pleading on Defendant.

4.	This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332 and which the Defendant is entitled to remove to this Court based upon diversity of citizenship as the Plaintiff, BRICKELL SHORES CONDOMINIUM, INC., is a Florida corporation and the Defendant, QBE INSURANCE CORPORATION, is a Pennsylvania corporation with its principal place of business at 88 Pine Street, 12th Floor, Wall Street Plaza, New York, New York 10005-1801.  *See Affidavit in Support of Removal by Tim O'Brien attached hereto as Exhibit "B."*

5.	These jurisdictional facts were true at the time of the filing of the Plaintiff's Complaint and are true at the time of removal.

6.	The Plaintiff's claim for damages in this action exceeds the jurisdictional requirement of $75,000.00 as the Plaintiff submitted a Sworn Statements in Proof of Loss dated August 12 and September 13, 2010, swearing under oath that "the whole loss and damage" was $1,896,749.00 and "the amount claimed under the…policy" is $1,714,422.00."  *See Sworn Statements in Proof of Loss attached hereto and incorporated herein as Exhibit "C."*

7.	Plaintiff also alleges in its Complaint that the damages claimed in this action exceed this Court's jurisdictional limit as paragraph 8 of the Complaint states "Plaintiff has submitted a Sworn Statement in Proof of Loss to Defendant in the amount

CASE NO.: _____

of $1,896,749.00 in total damages to the insured property as a result of Hurricane Wilma."

8. The following constitutes all of the process, pleadings and orders filed in this action:

    a. Complaint

    b. Summons

    c. Civil Cover Sheet

    d. Notice of Service of Process

    e. Plaintiff's Interrogatories to Defendant

    f. Plaintiff's Request for Production to Defendant

    g. Notice to State Court

*Copies of which are set forth in the attached Exhibit "D" and are incorporated as part of this Notice of Removal of Civil Action.*

WHEREFORE the Defendant, QBE INSURANCE CORPORATION, a foreign corporation, respectfully requests that the above-referenced action now pending in the Circuit Court in and for Miami-Dade County, case number 10-56221-CA-6, be removed from that Court to The United States District Court for the Southern District of Florida, Miami Division.

DATED this 16th day of December, 2010.

CASE NO.: _____

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF on this 16th day of December, 2010, and that a true and correct copy of the foregoing was served on this date by facsimile and U.S. Mail to all counsel of record or pro se parties, including: Linda M. Knoerr, Esq., Knoerr Ratliff Law Group, 9900 West Sample Road, Suite 330, Coral Springs, Florida 33065; and William S. Berk, Esq., Berk Merchant & Sims, PLC, 2 Alhambra Plaza, Suite 700, Coral Gables, Florida 33134.

      C. DEBORAH BAIN, P.A.
      840 U.S. Highway 1
      Suite 305
      N. Palm Beach, FL 33408
      Telephone: (561) 630-1917
      Facsimile: (561) 630-1918

      */s/ C. Deborah Bain*
      C. Deborah Bain, Esq.
      Florida Bar No.: 857637